HARMELINK, FOX & RAVNSBORG LAW OFFICE
721 Douglas - Suite 101
Yankton, SD 57078
(605) 665-1001

Pat & Mary Kellar
910 W. 11th Street
Yankton SD 57078

Page: 1
05/14/2013
ACCOUNT NO: 6060-00M
STATEMENT NO: 1

JRR SD Chpt 13 BK 2012

| Date | | Description | HOURS | Amount |
|---|---|---|---|---|
| 11/07/2012 | JR | Conference with new clients re: debt relief. | 2.50 | 375.00 |
| 11/09/2012 | JR | Work on schedules - do not qualify for a Chapter 7; work on Chapter 13 calculations, means test and schedules. | 3.50 | 437.50 |
| 11/14/2012 | JR | Telephone conference with client - left message; client called back; reviewed materials dropped off by client; telephone call from client. | 0.42 | 52.50 |
| 11/29/2012 | JR | Review schedules and plan; meet with clients to sign schedules. | 2.00 | 300.00 |
| 01/09/2013 | JR | Travel to Sioux Falls; 341 Meeting; conference with clients; travel back to Yankton. | 4.50 | 675.00 |
| 01/14/2013 | JR | Review objection to plan. (It was later withdrawn.) | 0.25 | 37.50 |
| 01/15/2013 | JR | Review objection to confirmation of plan; waiting for deadline to file proof of claims. | 0.08 | 12.00 |
| 04/11/2013 | JR | Review Proof of Claim file; emails to and from Trustee Wein; telephone call with client. | 1.00 | 150.00 |
| | | FOR CURRENT SERVICES RENDERED | 14.25 | 2,039.50 |
| | | SALES TAX ON SERVICES | | 113.37 |
| 11/30/2012 | | Photocopies - (83) reminder letter; copy of packet; copy of schedules; copy of tax return for D. Wein. | | 20.75 |

JRR SD Chpt 13 BK  2012

| Date | Description | Amount |
|---|---|---:|
| 12/01/2012 | Photocopies - (4) amendment to schedule F. | 1.00 |
| 12/01/2012 | Postage | 0.90 |
| 12/05/2012 | Photocopies - (72) Plan, Liquidation Analysis and Certificate of Service. | 18.00 |
| 12/05/2012 | Postage | 7.80 |
| 01/09/2013 | Mileage - (180) to and from Sioux Falls for 341 Meeting of Creditors. | 99.00 |
| | TOTAL EXPENSES | 147.45 |
| | TOTAL CURRENT WORK | 2,300.32 |
| | **BALANCE DUE** | $2,300.32 |

Client Funds

| Date | Description | Amount |
|---|---|---:|
| 11/13/2012 | Initial Deposit | 1,800.00 |
| | Ending Client Funds Balance | $1,800.00 |

**PLEASE INCLUDE YOUR ACCOUNT NO. ON YOUR PAYMENTS.**

Statements are due upon receipt.

THIS IS AN ATTEMPT TO COLLECT A DEBT.